United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT VON STADEN,<br><br>    Petitioner,<br><br>  v.<br><br>MICHAEL S. EVANS, Warden,<br><br>    Respondent.<br>_____ | No. C 09-3789 MMC (PR)<br><br>**ORDER GRANTING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION**<br><br>**(Docket No. 11)** |

GOOD CAUSE APPEARING, respondent's second motion for an extension of time to file a response to the petition is hereby GRANTED. Respondent shall file a response to the petition no later than **January 13, 2014.** Within **twenty-eight (28)** days of the date such answer or other response is filed, petitioner shall file with the Court and serve on respondent any traverse or opposition thereto.

This order terminates Docket Number 11.

IT IS SO ORDERED.

DATED: October 29, 2013

_____
MAXINE M. CHESNEY
United States District Judge