IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT VON STADEN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>MICHAEL S. EVANS, Warden,<br><br>　　　　Respondent.<br>_____ | No. C 09-3789 MMC (PR)<br><br>**ORDER GRANTING RESPONDENT'S THIRD MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION**<br><br>**(Docket No. 14)** |

　　　GOOD CAUSE APPEARING, respondent's third motion for an extension of time to file a response to the petition is hereby GRANTED.  Respondent shall file a response to the petition no later than **February 12, 2014.**  Within **twenty-eight (28)** days of the date such answer or other response is filed, petitioner shall file with the Court and serve on respondent any traverse or opposition thereto.

　　　This order terminates Docket Number 14.

　　　IT IS SO ORDERED.

DATED: January 8, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge