IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT VON STADEN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>MICHAEL S. EVANS, Warden,<br><br>　　　　Respondent.<br>_____ | No. C 09-3789 MMC (PR)<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE**<br><br>**(Docket No. 17)** |

　　　Good cause appearing, petitioner's motion for an extension of time to file a traverse is hereby GRANTED. Petitioner shall file his traverse no later than **June 9, 2014**.

　　　This order terminates Docket No. 17.

　　　IT IS SO ORDERED.

DATED: March 17, 2014

　　　　　　　　　　　　　　　　　　　　　　/s/ Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge