IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT VON STADEN,<br><br>    Petitioner,<br><br>  v.<br><br>MICHAEL S. EVANS, Warden,<br><br>    Respondent.<br>_____ | No. C 09-3789 MMC (PR)<br><br>**ORDER GRANTING PETITIONER'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE**<br><br>**(Docket No. 19)** |

    On August 18, 2009, petitioner, a California prisoner currently incarcerated at San Quentin State Prison and proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner conceded that one of the claims therein had not been exhausted in the state courts.

    Together with the petition, petitioner filed a motion to stay the petition while he returned to state court to exhaust the unexhausted claim. On September 9, 2009, the Court granted petitioner's motion to stay the petition pending exhaustion of his claims in the California Supreme Court.

    On April 4, 2012, petitioner: (1) notified the Court that the California Supreme Court had denied his state habeas petition; and (2) filed a motion to lift the stay and reopen the action. Thereafter, the Court reopened the action and ordered respondent to show cause why the petition should not be granted. On February 11, 2014, respondent filed an answer.

Petitioner's traverse was originally due on or before March 24, 2014. Thereafter, however, petitioner sought and received an extension of time to June 9, 2014.

Although petitioner has more than one month to file his traverse, petitioner has filed a second request for an extension of time. Petitioner does not indicate how much additional time he seeks. He states, however, that "San Quentin State Prison disabled law library research computers and denied Petitioner access to current and up to date legal cases" and that he "requires research capability to access effective and meaningful access to courts." (Dkt. 19 at 1.)

Accepting as true petitioner's claim that he requires additional time to research and prepare his traverse, the Court finds good cause to grant one last extension of time. Accordingly, the Court hereby EXTENDS the deadline for petitioner to file his traverse by one additional month, i.e., to **July 9, 2014**.

This order terminates Docket Number 19.

IT IS SO ORDERED.

DATED: May 8, 2014

MAXINE M. CHESNEY
United States District Judge

2